United States District Court
Southern District of Texas
**ENTERED**
March 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

LEGAL CAPITAL GROUP, LLC,             §
                                      §
                                      §
                                      §
                                      §
VS.                                   §   MISCELLANEOUS NO. 7:25-MC-092
                                      §
CALLAGY LAW, P.C., ET. AL.            §

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding this miscellaneous action.  After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Nadia S. Medrano's Report and Recommendation entered as Docket Entry No. 3 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the magistrate judge, is of the opinion that this miscellaneous action should be **DISMISSED** based on failure to prosecute.

The Clerk shall send a copy of this Order to the parties.

 SO ORDERED March 26, 2026, at McAllen, Texas.

Randy Crane
Chief United States District Judge

1 / 1